# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| TYREE ZUBER, | : No. 45 EAP 2024 |
| | : |
| Appellant | : |
| | : Appeal from the Order of the |
| | : Commonwealth Court entered on |
| v. | : March 22, 2024, at No. 145 MD |
| | : 2024 |
| | : |
| PA. BOARD OF PAROLE, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                    **FILED: February 19, 2025**

    **AND NOW**, this 19th day of February, 2025, the order of the Commonwealth Court is **AFFIRMED**.